UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTHONY X. AMIGON,

                Plaintiff,

        - against -

DYLAN J. LUZON, et al.,

                Defendants.
------------------------------------------------------------

21-CV-2029(PMH)

> Defendants' motion to dismiss the Second Amended Complaint is denied without prejudice to renewal for failure to comply with the Court's Individual Practices 2.C. and 4.C., which require the exchange of pre-motion letters prior to filing a motion to dismiss.
>
> Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 26.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          January 21, 2022

**PLEASE TAKE NOTICE** that, upon the [...] attorneys, SILVERMAN & ASSOCIATES, Defe[ndants...] Village of Dobbs Ferry will move this Court before [...] States Courthouse, 300 Quarropas Street, White P[lains...] by the Court, for an Order to dismiss the Second A[mended Complaint pursuant to Federal Rules] of Civil Procedure 12(b)(1) and (6).

Dated: White Plains, New York
      January 20, 2022

                              Respectfully submitted

                      **SILVERMAN & ASSOCIATES**

        By: _/s/ Deanna L. Collins_
             Deanna L. Collins
             Attorneys for Defendants
             445 Hamilton Avenue, Suite 1102
             White Plains, New York 10601
             (914) 574-4510
             DCollins@silvermanandassociatesny.com

To:    Plaintiff pro se (by regular mail)
        Anthony X. Amigon
        14 Edgecliff Terrace
        Yonkers, NY 10705
        (914) 217-5616