UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Amigon

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 cv 02029 (PMH)(PED)

-against-

Dylan J. Luzon, Michael Digilio
Village of Dobbs Ferry

(List the full name(s) of the defendant(s)/respondent(s).)

MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 01/19/2023 but did not file a notice of appeal within the required time period because:

out of the state on business at the time order was received in the mail and family member was ill due to dialysis treatment. I am seeking a 30 day extension.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

02/16/2023
Dated:

Signature

New York    10705
State        Zip Code

tonyrocka.LLC@gmail.com
E-mail Address (if available)

---

Motion granted. The time for plaintiff to file a notice of appeal of the Judgment entered in this case on January 19, 2023 (Doc. 62) is extended to March 20, 2023 in accordance with Fed. R. App. P. 4(a)(5)(A).

The Clerk of Court is respectfully requested to: (i) terminate the motion sequence pending at Doc. 63; and (ii) mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       February 17, 2023