UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY XAVIER AMIGON,

               Plaintiff,

-against-

DYLAN J. LUZON, POLICE OFFICER,
POLICE OFFICER MICHAEL F. DIGILIO,
VILLAGE OF DOBBS FERRY,

               Defendants.

**ORDER**

21-CV-02029 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Defendants are directed to file an Answer to Plaintiff's Second Amended Complaint (Doc. 23) by **May 24, 2024**. A Notice of Initial Conference will be docketed thereafter.

                                    SO ORDERED:

Dated:  White Plains, New York
          May 13, 2024

                                    PHILIP M. HALPERN
                                    United States District Judge