UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY XAVIER AMIGON,

               Plaintiff,

-against-

DYLAN J. LUZON, POLICE OFFICER,
POLICE OFFICER MICHAEL F. DIGILIO,
VILLAGE OF DOBBS FERRY,

               Defendants.

**ORDER**

21-CV-02029 (PMH)

PHILIP M. HALPERN, United States District Judge:

A telephonic status conference has been scheduled in this matter for **June 11, 2024 at 12:00 p.m.** At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

Counsel for Defendants is directed to serve a copy of this Order on Plaintiff and file an affidavit of service on the docket.

SO ORDERED:

Dated: White Plains, New York
       May 28, 2024

_____
PHILIP M. HALPERN
United States District Judge

1