UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY XAVIER AMIGON,

               Plaintiff,

-against-

DYLAN J. LUZON, POLICE OFFICER,
POLICE OFFICER MICHAEL F. DIGILIO,
VILLAGE OF DOBBS FERRY,

               Defendants.

**ORDER**

21-CV-02029 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A status conference was held on June 11, 2024. Plaintiff, who is proceeding *pro se*, and counsel for Defendants appeared via telephone. At the conference, the Court directed Plaintiff to file, by **July 3, 2024**, a letter setting forth the basis for his request for leave to amend the Complaint with respect to his *Monell* claim and attaching a redlined version of the proposed amended complaint as well as a copy of the policy statement referenced by Plaintiff as new evidence of a municipal policy or practice. Defendants' response shall be filed by **July 11, 2024**.

    Counsel for Defendants is directed to serve a copy of this Order on Plaintiff and file an affidavit of service on the docket.

                                          **SO ORDERED:**

Dated:  White Plains, New York
           June 11, 2024

                                          PHILIP M. HALPERN
                                          United States District Judge