UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY XAVIER AMIGON,

          Plaintiff,

      -against-

DYLAN J. LUZON, POLICE OFFICER,
POLICE OFFICER MICHAEL F. DIGILIO,
VILLAGE OF DOBBS FERRY,

          Defendants.

**ORDER**

21-CV-02029 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 11, 2024, following a telephonic status conference, the Court directed Plaintiff to file, by July 3, 2024, a letter setting forth the basis for his request for leave to amend the Complaint with respect to his *Monell* claim and attaching a redlined version of the proposed amended complaint as well as a copy of the policy statement referenced by Plaintiff as new evidence of a municipal policy or practice. (Doc. 72). The Court is in receipt of the redlined version of Plaintiff's proposed Amended Complaint (Doc. 75), Plaintiff's July 11, 2024 letter attaching a redacted version of the policy statement (Doc. 74), and Defendants' July 11, 2024 responsive letter (Doc. 75).

Given the solicitude afforded to *pro se* litigants, Plaintiff's application for leave to amend is granted except to the extent that the proposed Amended Complaint asserts a malicious prosecution claim pursuant to 42 U.S.C. § 1983. The Court previously dismissed Plaintiff's malicious prosecution claim (Doc. 61) and the Second Circuit affirmed this dismissal (Doc. 71). Accordingly, Plaintiff shall file a copy of his Amended Complaint with the malicious prosecution claim omitted by July 29, 2024. Defendant shall answer or move with respect to the Amended Complaint within 10 days of the date it is filed.

1

With respect to Plaintiff's request to compel Defendants to produce an unredacted copy of the policy statement (Doc. 74), that application is granted. The Court reviewed an unredacted copy of the policy statement *in camera* and does not find good cause to maintain Defendants' proposed redactions. Accordingly, Defendants shall produce an unredacted copy of the subject policy statement to Plaintiff by July 24, 2024.

Moreover, Defendants' request for leave to move for summary judgment (Doc. 76) is denied without prejudice to renewal.

Counsel for Defendants is directed to serve a copy of this Order on Plaintiff and file an affidavit of service on the docket.

**SO ORDERED:**

Dated:    White Plains, New York
          July 17, 2024

_____
PHILIP M. HALPERN
United States District Judge