UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY XAVIER AMIGON,

          Plaintiff,

-against-

DYLAN J. LUZON, POLICE OFFICER,
POLICE OFFICER MICHAEL F. DIGILIO,
VILLAGE OF DOBBS FERRY,

          Defendants.

**ORDER**

21-CV-02029 (PMH)

PHILIP M. HALPERN, United States District Judge:

    At the June 11, 2024 conference, the parties confirmed that discovery is complete except for some potential discovery related to Plaintiff's amended *Monell* claim. On July 17, 2024 (Doc. 78), the Court directed Defendants to produce to Plaintiff an unredacted copy of the policy statement that Plaintiff contends is evidence of a municipal policy or practice. Thereafter, per the Court's July 17, 2024 Order, Plaintiff filed his Amended Complaint (Doc. 80) and Defendants filed their Answer to the Amended Complaint (Doc. 81).

    Accordingly, the parties shall meet and confer and, by **September 17, 2024**, file a letter advising the Court whether discovery is complete as to the *Monell* claim.

    Counsel for Defendants is directed to serve a copy of this Order on Plaintiff and file an affidavit of service on the docket.

                                  SO ORDERED:

Dated:  White Plains, New York
         September 3, 2024

                                  PHILIP M. HALPERN
                                  United States District Judge