> Application granted. Defendants' time to file their summary judgment pre-motion letter and Rule 56.1 Statement is extended to November 7, 2024.
>
> The Clerk of Court is respectfully directed to serve a copy of this Order on Plaintiff.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 15, 2024

**VIA ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Amigon v. Village of Dobbs Ferry*
             SDNY Docket No.: 21 CV 2029 (PMH)

Dear Judge Halpern:

    We represent Defendants in the above-referenced matter. We write to respectfully request a three-week extension of time for Defendants to file their summary judgment pre-motion letter and 56.1 statement, which are currently due October 17. This is the first such request and Plaintiff consents to this request.

    The reason for this request is due to the workload of the undersigned over the past few weeks and upcoming weeks, which has and will require me to miss substantial time from the office for travel and attendance at out-of-town depositions.

    Accordingly, Defendants respectfully request that the Court extend the deadline for Defendants to file their summary judgment pre-motion letter and 56.1 statement to November 7, 2024.

    We thank the Court for its attention to this matter and consideration of this request.

                                        Respectfully yours,

                                        **SILVERMAN & ASSOCIATES**

                                        */s/ Deanna L. Collins*
                                        Deanna L. Collins
                               445 Hamilton Avenue, Suite 1102
                                    White Plains, NY 10601
                                        (914) 574-4510
                            DCollins@silvermanandassociatesny.com

cc:    Anthony X. Amigon (via USPS and email)
        *Pro Se Plaintiff*
        14 Edgecliff Terrace
        Yonkers, NY 10705
        Tonyrocka.llc@gmail.com