# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ANTHONY AMIGON,

                          Plaintiff,                          21 **CIVIL** 2029 (PMH)

          -against-                                           **JUDGMENT**

  DYLAN J. LUZON, et al.,

                          Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2025, Defendants' motion for summary judgment  is GRANTED. Plaintiff's first and fifth claims for relief, brought under federal law, are dismissed with prejudice. Likewise, Plaintiffs remaining state law claims are dismissed with prejudice.

The Court certified under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York

          July 17, 2025

                                                  **TAMMI M. HELLWIG**
                                          _____
                                                  **Clerk of Court**

                          BY: _____
                                                  **Deputy Clerk**