UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ANTHONY XAVIER AMIGON,

                Plaintiff,                         21 CV 2029 (PMH)(PED)

     -against-

                                               **REQUEST FOR EXTENSION TO FILE**

                                               **NOTICE OF APPEAL**

DYLAN J. LUZON, et al.,

                Defendants.

------------------------------------------------------------------------X

       The plaintiff ANTHONY AMIGON, hereby request an extension of time to file a notice of appeal until the court determines a resolution on the pending motion for reconsideration.

Date: August 15, 2025

Anthony Xavier Amigon

14 Edgecliff Terrace

Yonkers New York, 10705

tonyrocka.llc@gmail.com

(914)-217-5616

---

Application denied as unnecessary. (*See* Fed. R. App. P. 4(a)(4)(A)).

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 114.

SO ORDERED.

*/s/ Philip M. Halpern*
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         August 19, 2025

## CERTIFICATE OF SERVICE

I, Anthony X. Amigon, HEREBY CERTIFY that a copy of **REQUEST FOR EXTENSION TO FILE NOTICE OF APPEAL** was served **VIA EMAIL** to:

**SILVERMAN & ASSOCIATES**
Deanna L. Collins
Attorney for defendants
445 Hamilton Avenue, Suite #1102
White Plains, New York 10601

On the 15th day of August, 2025